704 A.2d 632

Wayne FERRELL, Appellant,

v.

James S. PRICE, Superintendent, Martin Horn, Commissioner, Pennsylvania Department of Corrections, Appellees.

No. 166 Middle District Appeal Docket 1997.

Supreme Court of Pennsylvania.

Jan. 15, 1998.

Reargument Denied March 31, 1998.

## ORDER

PER CURIAM:

AND NOW, this 15th day of January, 1998, the direct appeal is dismissed, Rule 909(d), Pa.R.A.P. Motion to File Lesser Number of Copies of Briefs is dismissed as moot.